UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GEORGE BAKER,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY OF MARINA; CITY OF MARINA POLICE DEPARTMENT; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 12-CV-02410-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Kenneth George Baker ("Plaintiff") filed his complaint in state court on July 12, 2011, which Defendants City of Marina and City of Marina Police Department (collectively "Defendants") then removed to federal court on May 11, 2012. *See* ECF No. 1. On May 18, 2012, Defendants filed their consent to proceed before a Magistrate Judge. *See* ECF No. 6. On the same date, May 18, 2012, Defendants filed a motion to dismiss three of Plaintiff's four claims, pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 7. The motion was noticed for hearing before Magistrate Judge Paul S. Grewal on June 26, 2012. *See id.* Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on June 1, 2012. Plaintiff never filed an opposition or statement of nonopposition to Defendants' motion to dismiss. On June 5, 2012, Judge Grewal continued the hearing to July 3, 2012. *See* ECF No. 17.

1

Case No.: 12-CV-02410-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

Plaintiff never consented to proceed before a Magistrate Judge. Accordingly, on July 2, 2012, this action was reassigned to District Judge Lucy H. Koh. *See* ECF Nos. 22 and 23. On July 10, 2012, Defendants filed an amended motion to dismiss three of Plaintiff's four claims pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 24. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the amended motion to dismiss was due on July 27, 2012. As of today, September 18, 2012, Plaintiff has not filed an opposition or statement of nonopposition to Defendants' motion to dismiss.

The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to Defendants' motion to dismiss. Plaintiff has until October 3, 2012 to file a response to this Order to Show Cause. The October 11, 2012 case management conference and hearing on Defendants' motion to dismiss are vacated. Instead, a hearing on this Order to Show Cause is set for **Thursday, October 11, 2012 at 1:30 P.M.** Plaintiff's failure to respond to this Order and to appear at the October 11, 2012 hearing will result in dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
LUCY H. KOH
United States District Judge