1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| KENNETH GEORGE BAKER, | ) | Case No.: 12-CV-02410-LHK |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER DISMISSING CASE WITH |
| | ) | PREJUDICE |
| CITY OF MARINA; CITY OF MARINA | ) | |
| POLICE DEPARTMENT; and DOES 1-10, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Kenneth George Baker ("Plaintiff") filed his complaint in state court on July 12, 2011, which Defendants City of Marina and City of Marina Police Department (collectively "Defendants") then removed to federal court on May 11, 2012.  *See* ECF No. 1.  On May 18, 2012, Defendants filed their consent to proceed before a Magistrate Judge.  *See* ECF No. 6.  On the same date, May 18, 2012, Defendants filed a motion to dismiss three of Plaintiff's four claims, pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 7.  The motion was noticed for hearing before Magistrate Judge Paul S. Grewal on June 26, 2012.  *See id.*  Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on June 1, 2012.  Plaintiff never filed an opposition or statement of nonopposition to Defendants' motion to dismiss.  On June 5, 2012, Judge Grewal continued the hearing to July 3, 2012.  *See* ECF No. 17.

Case No.: 12-CV-02410-LHK
ORDER DISMISSING CASE WITH PREJUDICE

1    Plaintiff never consented to proceed before a Magistrate Judge.  Accordingly, on July 2,

2  2012, this action was reassigned to the undersigned judge.  *See* ECF Nos. 22 and 23.  On July 10,

3  2012, Defendants filed an amended motion to dismiss three of Plaintiff's four claims pursuant to

4  Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 24.  Pursuant to Civil Local Rule 7-3(a),

5  Plaintiffs' opposition to the amended motion to dismiss was due on July 27, 2012.  As of today,

6  October 11, 2012, Plaintiff has not filed an opposition or statement of nonopposition to

7  Defendants' motion to dismiss.

8    On September 18, 2012, the Court issued an Order to Show Cause ("OSC") why this case

9  should not be dismissed with prejudice for failure to prosecute.  *See* ECF No. 29.  The OSC

10  ordered Plaintiff to respond to the OSC by October 3, 2012, and to attend an OSC hearing on

11  October 11, 2012 at 1:30 p.m.  *Id.*  The OSC notified Plaintiff that Plaintiff's failure to file a

12  response by October 3, 2012, and failure to appear at the October 11, 2012 hearing would result in

13  dismissal of this action with prejudice for failure to prosecute.  *Id.*  Plaintiff failed to respond to the

14  OSC and failed to appear at the OSC hearing.  Accordingly, this action is DISMISSED with

15  prejudice for failure to prosecute.  The Clerk shall close the file.

16  **IT IS SO ORDERED.**

17  Dated: October 11, 2012

LUCY H. KOH
United States District Judge

Case No.: 12-CV-02410-LHK
ORDER DISMISSING CASE WITH PREJUDICE

United States District Court
For the Northern District of California